[Nos. 38897-5-I; 38898-3-I;    Division One.    October 13, 1997.]
    39912-8-I.

THE STATE OF WASHINGTON, *Respondent*, v. KENYON
NUTT, ET AL., *Appellants*.

THE STATE OF WASHINGTON, *Respondent*, v. PATRICK
TAYLOR, *Appellant*.

*In the Matter of the Personal Restraint of* PATRICK
TAYLOR, *Petitioner*.

Appeals from judgments of the Superior Court for King

County, Nos. 95-1-08120-3, 95-1-08121-1, Larry A. Jordan, J., entered June 28, 1996, together with a petition for relief from personal restraint. Judgments *affirmed* and petition *dismissed* by unpublished per curiam opinion.